NATIONWIDE MUTUAL INSURANCE CO. *v.*
VAAGE ET AL.

No. 1177.   Decided April 22, 1968.

*Charles G. Pillon* and *Thomas A. Ziebarth* for
appellant.

*Louis J. Lefkowitz,* Attorney General of New York,
*Samuel A. Hirshowitz,* First Assistant Attorney General,
and *Joel Lewittes,* Assistant Attorney General, for appel-
lees Rockefeller et al.

PER CURIAM.

The motion to dismiss is granted and the appeal is
dismissed for want of jurisdiction.

ANDERSON ET AL. *v.* TIEMANN ET AL.

No. 1218.   Decided April 22, 1968.

*Ray C. Simmons* for appellants.

*Clarence A. H. Meyer,* Attorney General of Nebraska,
*Gerald S. Vitamvas,* Deputy Attorney General, and
*Richard H. Williams,* Special Assistant Attorney General,
for appellees.

PER CURIAM.

The appeal is dismissed for want of a substantial
federal question.